# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**DEBORAH L. FRECKLETON,**

> **Plaintiff,**

**v.**                                           **Case No: 6:22-cv-906-PGB-EJK**

**BETHUNE-COOKMAN
UNIVERSITY, INC.,**

> **Defendant.**

_____/

## <u>ORDER</u>

This case is before the Court on Defendant's Unopposed Motion to Permit Laptop Computer and Other Electronic Equipment into the Courthouse and Courtroom. (Doc. 50). Upon consideration, the Motion is due to be **GRANTED**.

The Court hereby **GRANTS** the Motion as to the following people:

1.   Renee Daddio – HP Laptop, power cord, and cell phone.

2.   Dwight E. Rocha – HP Laptop, charger cable, HDMI to VGA adaptor, USB thumb drive, wireless headphones, and cell phone.

As for trial counsel, pursuant to the Civil Pretrial Order, the parties are not required to submit requests for trial counsel's electronic equipment. (Doc. 42, p. 5).

All parties listed within this Order shall present a copy of this Order to courthouse security each time they enter the courthouse with the electronic equipment specified above. In their discretion, courthouse security personnel may

require the parties to present photographic identification at the time of entry. The equipment specified above is the only equipment permitted by this Order and is subject to inspection at any time by courthouse security personnel. This Order shall be effective during the trial scheduled to begin Tuesday, June 25, 2024.

**DONE AND ORDERED** in Orlando, Florida on June 20, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record