UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEBORAH L. FRECKLETON,

    Plaintiff,

v.       Case No: 6:22-cv-906-PGB-EJK

BETHUNE-COOKMAN
UNIVERSITY, INC.,

    Defendant.
_____/

## VERDICT FORM

**Do you find from a preponderance of the evidence:**

1. That Dr. Deborah L. Freckleton had a "disability?"

    Answer Yes or No     _____YES_____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That Dr. Deborah L. Freckleton was a "qualified individual?"

    Answer Yes or No     _____No_____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3. That Bethune-Cookman University, Inc. knew of Dr. Deborah L. Freckleton's disability?

     Answer Yes or No  _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

4. That Dr. Deborah L. Freckleton requested an accommodation?

     Answer Yes or No  _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

5. That a reasonable accommodation existed that would have allowed Dr. Deborah L. Freckleton to perform the essential functions of the job?

     Answer Yes or No  _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

6. That Bethune-Cookman University, Inc. failed to provide a reasonable accommodation?

     Answer Yes or No  _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

7. That Bethune-Cookman University, Inc. made good faith efforts to identify and make a reasonable accommodation for Dr. Deborah L. Freckleton?

                Answer Yes or No       _____

If your answer is "Yes," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "No," go to the next question.

8. That Dr. Deborah L. Freckleton's requested accommodation would have imposed an undue hardship on the operation of Bethune-Cookman University, Inc.'s business?

                Answer Yes or No       _____

If your answer is "Yes," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "No," go to the next question.

9. That Dr. Deborah L. Freckleton should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

                Answer Yes or No       _____

                If your answer is "Yes,"
                in what amount?      $_____

10. That Dr. Deborah L. Freckleton should be awarded damages to compensate for emotional pain and mental anguish?

        Answer Yes or No     _____

        If your answer is "Yes,"
        in what amount?    $_____

If you did not award damages in response to either Question Nos. 9 or 10, this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If you awarded damages in response to Question Nos. 9 or 10 (or both), go to the next question.

SO SAY WE ALL.

DATE: 6-27-24