UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DEBORAH L. FRECKLETON,**

    **Plaintiff,**

v.                                      Case No: 6:22-cv-906-PGB-EJK

**BETHUNE-COOKMAN UNIVERSITY, INC.,**

    **Defendant.**

                                /

## ORDER

    This case is before the Court following a jury trial. On June 27, 2024, the jury returned a verdict which, upon review, is in proper form. (Doc. 56). The Court finds there is no just reason to delay entry of judgment. Pursuant to the jury verdict, it is therefore **ORDERED** as follows:

1. Judgment is hereby entered in favor of the Defendant, Bethune-Cookman University, Inc., and against Plaintiff, Deborah L. Freckleton.

2. Thereafter, the Clerk of Court is **DIRECTED** to close the case. The Court retains jurisdiction to resolve any post-trial motions.

**DONE AND ORDERED** in Orlando, Florida on June 28, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record