# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**DEBORAH L. FRECKLETON,**

      **Plaintiff,**

v.                                            **Case No: 6:22-cv-906-PGB-UAM**

**BETHUNE-COOKMAN**
**UNIVERSITY, INC.,**

      **Defendant.**

## ORDER

This cause comes before the Court on Defendant's Motion for Taxable Costs (Doc. 59) and Plaintiff's Objection thereto (Doc. 62). Additionally, Defendant filed an authorized Reply to Plaintiff's Objection. (Docs. 64, 65). Magistrate Judge Patricia D. Barksdale submitted a Report recommending that Defendant's Motion for Taxable Costs be granted in part and denied in part. (Doc. 67 (the "**Report and Recommendation**")). No parties have filed an objection to the Report and Recommendation, and the time to do so has now passed.

After an independent *de novo* review of the record in this matter, and noting that no objections to the Report and Recommendation were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 6, 2025 (Doc. 67) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion for Taxable Costs (Doc. 59) is **GRANTED IN PART AND DENIED IN PART**.

3. The Clerk of Court is **DIRECTED** to tax costs in favor of Defendant Bethune-Cookman University, Inc., and against Plaintiff Deborah L. Freckleton in the amount of $3,710.44.

4. The Clerk of Court is **DIRECTED** to enter judgment for Bethune-Cookman University, Inc., and against Plaintiff Deborah Freckleton for $3,710.44 in costs.

**DONE AND ORDERED** in Orlando, Florida on March 24, 2025.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties